IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRFD RESEARCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-064 (GMS) |
| | ) | |
| DISH NETWORK CORPORATION, DISH DBS CORPORATION, DISH NETWORK L.L.C., ECHOSTAR CORPORATION and ECHOSTAR TECHNOLOGIES L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff CRFD Research, Inc. and defendants DISH Network Corporation, DISH DBS Corporation, DISH Network L.L.C., Echostar Corporation, and Echostar Technologies L.L.C., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "AGREEMENT" and dated November 6, 2017, with each party to bear its own costs, expenses and attorneys' fees and with each party knowingly and voluntarily waiving any right, arising under 35 U.S.C. § 285 or otherwise, to make a claim for any costs, attorneys' fees or other expenses associated with the matters settled by this Stipulated Motion for Dismissal with Prejudice.

FARNAN LLP

*/s/ Michael J. Farnan*

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

OF COUNSEL:

Mark S. Raskin
Robert Whitman
John Petrsoric
Eric Berger
MISHCON DE REYA NEW YORK LLP
156 5th Ave., Suite 904
New York, NY 10010
(212) 612-3270

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

OF COUNSEL:

G. Hopkins Guy III
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
(650) 739-7500

Ali Dhanani
Bradley Bowling
Michael Sherby
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
(713) 229-1108

Jamie R. Lynn
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
(202) 639-7786

*Attorneys for Defendants*

November 7, 2017